# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
JUL 12 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEA DEPUTY

Case Number: **17 CR 00432**
U.S.A. v. Angel Humberto Chavez-Gastelum
[✓] Indictment  [ ] Information

Defendant Number: 1
Year of Birth: 1974
Investigative agency (FBI, DEA, etc.): DEA

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: Continuing to June 14, 2017

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[✓] Los Angeles  [✓] Ventura
[ ] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[✓] San Bernardino  [ ] Other _____

Citation of Offense: 21 U.S.C. §§ 846, 841, 963, 848, 960, 959; 18 U.S.C. §§ 1956, 924(c), 922(g); 46 U.S.C. §§ 70506(b)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? [✓] No  [ ] Yes

IF YES  Case Number _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**  United States v. Penagos-Casanova, et al.,

No. CR 15-423-DSF

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____
Case Number: _____
Charging: _____

The complaint: [ ] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented? [ ] No  [ ] Yes
IF YES, provide Name: _____
Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*  [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?** [ ] Yes  [ ] No
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number: _____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge _____
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes  ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  ☑ YES  ☐ NO
IF YES, list language and/or dialect:
Spanish

**OTHER**

☑ Male        ☐ Female
☐ U.S. Citizen  ☑ Alien
Alias Name(s)   Don Angel, GTS, Borre, Bose, Netflix, Madrid, Rolex, Kuwait, Richard Milleo, Hurracan, Bally
This defendant is charged in:  ☐ All counts
☑ Only counts:  1, 2, 4, 5, 7, 8, 9, 14, 17, 20
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).
Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No
The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption
☐ government fraud                 ☐ tax offenses
☐ environmental issues             ☐ mail/wire fraud
☑ narcotics offenses               ☐ immigration offenses
☐ violent crimes/firearms          ☐ corporate fraud
☐ Other

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____

e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20 ___  21 ___  40 ___

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   07/11/2017

Signature of Assistant U.S. Attorney
Alexander B. Schwab
Print Name