FILED

2017 OCT 25  PM 2:32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ANGEL HUMBERTO CHAVEZ-GASTELUM,<br>     aka "Don Angel,"<br>     aka "GTS,"<br>     aka "Borre,"<br>     aka "Bose,"<br>     aka "Netflix,"<br>     aka "Madrid,"<br>     aka "Rolex,"<br>     aka "Kuwait,"<br>     aka "Richard Milleo,"<br>     aka "Huracan,"<br>     aka "Bally,"<br>     aka "Ricky Luis,"<br>     aka "Perrier,"<br>     aka "Rosalba,"<br>     aka "Nestea,"<br>VICTOR HUGO CUELLAR-SILVA,<br>     aka "Spartacus,"<br>     aka "Junior,"<br>     aka "Pitbull,"<br>     aka "Black Sails,"<br>     aka "A 45 AMG,"<br>     aka "Wolverine,"<br>     aka "Sons of Anarchy,"<br>DIEGO FERNANDO ANZOLA-GALINDO,<br>     aka "Aleman,"<br>     aka "Aleman New,"<br>     aka "Pastor Aleman,"<br>     aka "Lord of War," | CR No. 17-432(A)<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine; 21 U.S.C. § 963: Conspiracy to Import Cocaine and to Distribute Cocaine for the Purpose of Unlawful Importation; 21 U.S.C. §§ 959(c), 960(a)(3), (b)(1)(B): Possession With Intent to Distribute Cocaine on Board a United States-Registered Aircraft; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii): Distribution and Possession with Intent to Distribute Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession of Methamphetamine with Intent to Distribute; 21 U.S.C. §§ 959(a), 960(a)(3), (b)(1)(B): Distribution of Cocaine for Purpose of Unlawful Importation; 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of Drug Trafficking Crime; 21 U.S.C. §§ 848(a), (b): Continuing Criminal Enterprise; 46 U.S.C. § 70506(b): Conspiracy to Possess with Intent to Distribute Cocaine on Board a Vessel Subject to |

ALONSO JAIME GASTELUM-SALAZAR,
   aka "Rito,"
   aka "R25,"
   aka "R28,"
   aka "Rito 114,"
   aka "R14,"
   aka "Rito 12,"
   aka "Karate Kid,"
JESUS HERIBERTO PELAYO AGUILAR,
   aka "Epa Chepa,"
   aka "Luis XIII,"
   aka "Ramon Ayala,"
   aka "Pancho Barraza,"
JESUS ALBINO QUINTERO-MERAZ,
   aka "Albi,"
   aka "Emperador,"
   aka "Don Beto,"
   aka "Taewon,"
JULIAN ANDRES GONZALEZ-MORENO,
   aka "Chiqui,"
   aka "Enano,"
   aka "Monstruo,"
   aka "Goliath,"
   aka "Braulio,"
   aka "Gerente,"
   aka "El Cabo,"
TULIO ALFONSO OCAMPO-GARCIA,
   aka "Tulio Alfonso Ocampo,"
   aka "El Flako,"
RICARDO GARCIA URQUIZA,
   aka "El Doctor,"
   aka "McK,"
   aka "Javier,"
   aka "Mike,"
   aka "Mak,"
OMAR RICARDO TINAJERO-CORTES,
   aka "Elvis,"
   aka "Joel Tirado,"
FNU LNU,
   aka "TNT,"
   aka "TTE,"
   aka "Teniente,"
   aka "FX,"
FNU LNU,
   aka "Profeta"
   aka "Profeta Nuevo,"
   aka "Jose,"
JOSE LUIS OJEDA AGUIRRE,
   aka "Gerencia Tijuana,"
   aka "Zona Noroeste,"
FNU LNU,
   aka "Servi,"
RUPERT BAZIL DE LAS CASAS,
   aka "Jagger,"
GERMAN DAVID HERNANDEZ DE LA

United States Jurisdiction; 21
U.S.C. § 846: Conspiracy to
Distribute and to Possess with
Intent to Distribute Heroin; 18
U.S.C. § 1956(h): Conspiracy to
Launder Monetary Instruments; 21
U.S.C. § 848(e)(1)(A): Murder in
Connection with a Continuing
Criminal Enterprise and a Drug
Crime; 18 U.S.C. § 2(a): Aiding
and Abetting; 21 U.S.C. § 853; 18
U.S.C. § 924(d); 28 U.S.C.
§ 2461(c); 46 U.S.C. § 70507(a);
18 U.S.C. § 982(a)(1): Criminal
Forfeiture]

```
 1      TORRE,
         aka "Camilo Espitia,"
 2  MARVIN YANNICK HENDRICKS,
         aka "Negrito,"
 3  JORGE BAZUA BELTRAN,
         aka "Don Taco,"
 4  AURELIO VALENZUELA,
         aka "Duende,"
 5      aka "Casimiro,"
         aka "Iraki,"
 6  OSWALDO CAMACHO RUIZ,
         aka "Oscar,"
 7  YAMITH JAIMES-GUERRERO,
         aka "Ingeniero,"
 8  JEYSON FERLEY GALVIS-MONROY,
         aka "Rodri Chaparito,"
 9  JUAN CARLOS PRADO-ROMERO,
         aka "Don Jose,"
10      aka "Mono,"
    CARLOS EDUARDO GONZALEZ-BERRIO,
11      aka "Liche,"
    FNU LNU,
12      aka "Miguel Lara,"
    VERONICA BRAVO-PUERTA,
13      aka "Chikirukis,"
         aka "Chaa,"
14      aka "CHPS,"
         aka "La Tortu,"
15      aka "Cheetara,"
         aka "La Chapis,"
16  YESENIA ISAMAR CHAIDEZ REYES,
         aka "Bella,"
17      aka "Negrita,"
    FNU LNU,
18      aka "Javonaso,"
         aka "Perla,"
19  FNU LNU,
         aka "Tio Fred,"
20  AMPARO YOKASTA MELO-PEGUERO,
         aka "La Guera,"
21      aka "bani ban,"
         aka "Black04,"
22      aka "Trinidad Sanchez,"
         aka "Amparo Cornielle,"
23      aka "Amparo Y. Melo,"
         aka "Amparo Y. Melo de
24       Cornielle,"
         aka "la reina de la H,"
25  HUGO ATIENZO,
         aka "Roberto Cazares,"
26  ERICK DURAN,
         aka "Mechanico,"
27  JUAN ANTONIO BRIZUELA,
         aka "El Osito,"
28      aka "Oso,"
```

```
  1      aka "Ximena,"
         aka "the Main Guy from LA,"
  2   FNU LNU,
         aka "El Semental,"
  3   JUAN CARLOS BRIZUELA,
         aka "Juan C,"
  4   JONATHAN ZAMORA,
         aka "JR,"
  5   GERARDO MOJARRO,
      JORGE CARBAJAL,
  6   NIKOLA VLAHOVIC,
      MARIA CLAUDIA PEREZ DE TAPIA,
  7      aka "Maria Claudia Tapia,"
         aka "the Nurse,"
  8   ABRAHAM VIVANCO LEON,
      JESUS MANUEL VASQUEZ MONRREAL,
  9      aka "the Doctor,"
      RICHARD FITZROY DENNIS,
 10      aka "Rick,"
      SALVADOR MURILLO MENDOZA,
 11   FLOR RAQUEL DIAZ BARRANZA,
      JOSE PONCE SEGURA,
 12      aka "Guicho," and
      ALEXANDRO GONZALEZ,
 13      aka "Mulo,"

 14           Defendants.
```

The Grand Jury charges:

## COUNT ONE

[21 U.S.C. § 846]

Beginning on a date unknown, and continuing to on or around October 25, 2017, in Los Angeles County, within in the Central District of California, in the countries of Mexico and Colombia, and elsewhere, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," VICTOR HUGO CUELLAR-SILVA, aka "Spartacus," aka "Junior," aka "Pitbull," aka "Black Sails," aka "A 45 AMG," aka "Wolverine," aka "Sons of Anarchy," DIEGO FERNANDO

4

ANZOLA-GALINDO, aka "Aleman," aka "Aleman New," aka "Pastor Aleman,"
aka "Lord of War," ALONSO JAIME GASTELUM-SALAZAR, aka "Rito," aka
"R25," aka "R28," aka "Rito 114," aka "R14," aka "Rito 12," aka
"Karate Kid," JESUS HERIBERTO PELAYO AGUILAR, aka "Epa Chepa," aka
"Luis XIII," aka "Ramon Ayala," aka "Pancho Barraza," JESUS ALBINO
QUINTERO-MERAZ, aka "Albi," aka "Emperador," aka "Don Beto," aka
"Taewon," JULIAN ANDRES GONZALEZ-MORENO, aka "Chiqui," aka "Enano,"
aka "Monstruo," aka "Goliath," aka "Braulio," aka "Gerente," aka "El
Cabo," TULIO ALFONSO OCAMPO-GARCIA, aka "Tulio Alfonso Ocampo," aka
"El Flako," RICARDO GARCIA URQUIZA, aka "El Doctor," aka "McK," aka
"Javier," aka "Mike," aka "Mak," OMAR RICARDO TINAJERO-CORTES, aka
"Elvis," aka "Joel Tirado," FIRST NAME UNKNOWN ("FNU") LAST NAME
UNKNOWN ("LNU"), aka "TNT," aka "TTE," aka "Teniente," aka "FX," FNU
LNU, aka "Profeta," aka "Profeta Nuevo," aka "Jose," JOSE LUIS OJEDA
AGUIRRE, aka "Gerencia Tijuana," aka "Zona Noroeste," FNU LNU, aka
"Servi," RUPERT BAZIL DE LAS CASAS, aka "Jagger," GERMAN DAVID
HERNANDEZ DE LA TORRE, aka "Camilo Espitia," MARVIN YANNICK
HENDRICKS, aka "Negrito," JORGE BAZUA BELTRAN, aka "Don Taco,"
AURELIO VALENZUELA, aka "Duende," aka "Casimiro," aka "Iraki,"
OSWALDO CAMACHO RUIZ, aka "Oscar," YAMITH JAIMES-GUERRERO, aka
"Ingeniero," JEYSON FERLEY GALVIS-MONROY, aka "Rodri Chaparito,"
VERONICA BRAVO-PUERTA, aka "Chikirukis," aka "Chaa," aka "CHPS," aka
"La Tortu," aka "Cheetara," aka "La Chapis," YESENIA ISAMAR CHAIDEZ
REYES, aka "Bella," aka "Negrita," FNU LNU, aka "Javonaso," aka
"Perla," FNU LNU, aka "Tio Fred," HUGO ATIENZO, aka "Roberto
Cazares," ERICK DURAN, aka "Mechanico," JUAN ANTONIO BRIZUELA, aka
"El Osito," aka "Oso," aka "Ximena," aka "the Main Guy from LA," FNU
LNU, aka "El Semental," JUAN CARLOS BRIZUELA, aka "Juan C," JONATHAN

ZAMORA, aka "JR," GERARDO MOJARRO, JORGE CARBAJAL, NIKOLA VLAHOVIC, MARIA CLAUDIA PEREZ DE TAPIA, aka "Maria Claudia Tapia," aka "the Nurse," ABRAHAM VIVANCO LEON, JESUS MANUEL VASQUEZ MONRREAL, aka "the Doctor," RICHARD FITZROY DENNIS, aka "Rick," SALVADOR MURILLO MENDOZA, FLOR RAQUEL DIAZ BARRANZA, JOSE PONCE SEGURA, aka "Guicho," and ALEXANDRO GONZALEZ, aka "Mulo," together with co-conspirators Dicson Penagos-Casanova and Juan Gabriel Rios Sierra, and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute, and possess with intent to distribute, at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii).

COUNT TWO

[21 U.S.C. § 963]

Beginning on a date unknown, and continuing to on or around October 25, 2017, in Los Angeles County, within the Central District of California, and in the countries of Mexico and Colombia, and elsewhere, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," VICTOR HUGO CUELLAR-SILVA, aka "Spartacus," aka "Junior," aka "Pitbull," aka "Black Sails," aka "A 45 AMG," aka "Wolverine," aka "Sons of Anarchy," DIEGO FERNANDO ANZOLA-GALINDO, aka "Aleman," aka "Aleman New," aka "Pastor Aleman," aka "Lord of War," ALONSO JAIME GASTELUM-SALAZAR, aka "Rito," aka "R25," aka "R28," aka "Rito 114," aka "R14," aka "Rito 12," aka "Karate Kid," JESUS HERIBERTO PELAYO AGUILAR, aka "Epa Chepa," aka "Luis XIII," aka "Ramon Ayala," aka "Pancho Barraza," JESUS ALBINO QUINTERO-MERAZ, aka "Albi," aka "Emperador," aka "Don Beto," aka "Taewon," JULIAN ANDRES GONZALEZ-MORENO, aka "Chiqui," aka "Enano," aka "Monstruo," aka "Goliath," aka "Braulio," aka "Gerente," aka "El Cabo," TULIO ALFONSO OCAMPO-GARCIA, aka "Tulio Alfonso Ocampo," aka "El Flako," RICARDO GARCIA URQUIZA, aka "El Doctor," aka "McK," aka "Javier," aka "Mike," aka "Mak," OMAR RICARDO TINAJERO-CORTES, aka "Elvis," aka "Joel Tirado," FIRST NAME UNKNOWN ("FNU") LAST NAME UNKNOWN ("LNU"), aka "TNT," aka "TTE," aka "Teniente," aka "FX," FNU LNU, aka "Profeta," aka "Profeta New," aka "Jose," JOSE LUIS OJEDA AGUIRRE, aka "Gerencia Tijuana," aka "Zona Noroeste," FNU LNU, aka "Servi," RUPERT BAZIL DE LAS CASAS, aka "Jagger," GERMAN DAVID

HERNANDEZ DE LA TORRE, aka "Camilo Espitia," MARVIN YANNICK
HENDRICKS, aka "Negrito," JORGE BAZUA BELTRAN, aka "Don Taco,"
AURELIO VALENZUELA, aka "Duende," aka "Casimiro," aka "Iraki,"
OSWALDO CAMACHO RUIZ, aka "Oscar," YAMITH JAIMES-GUERRERO, aka
"Ingeniero," JEYSON FERLEY GALVIS-MONROY, aka "Rodri Chaparito,"
VERONICA BRAVO-PUERTA, aka "Chikirukis," aka "Chaa," aka "CHPS," aka
"La Tortu," aka "Cheetara," aka "La Chapis," YESENIA ISAMAR CHAIDEZ
REYES, aka "Bella," aka "Negrita," FNU LNU, aka "Javonaso," aka
"Perla," FNU LNU, aka "Tio Fred," HUGO ATIENZO, aka "Roberto
Cazares," ERICK DURAN, aka "Mechanico," JUAN ANTONIO BRIZUELA, aka
"El Osito," aka "Oso," aka "Ximena," aka "the Main Guy from LA," FNU
LNU, aka "El Semental," JUAN CARLOS BRIZUELA, aka "Juan C," JONATHAN
ZAMORA, aka "JR," and MARIA CLAUDIA PEREZ DE TAPIA, aka "Maria
Claudia Tapia," aka "the Nurse," together with co-conspirators Dicson
Penagos-Casanova and Juan Gabriel Rios Sierra, and others known and
unknown to the Grand Jury, conspired and agreed with each other to
knowingly and intentionally import into the United States, and to
knowingly and intentionally distribute for the purpose of such
importation, at least five kilograms of a mixture and substance
containing a detectable amount of cocaine, a Schedule II narcotic
drug controlled substance, in violation of Title 21, United States
Code, Sections 952(a), 959(a), and 960(a)(1), (a)(3), and
(b)(1)(B)(ii).

COUNT THREE

[21 U.S.C. §§ 959(c), 960(a)(3), (b)(1)(B)(ii)]

On or about May 20, 2015, in the country of Colombia, and elsewhere, defendant YAMITH JAIMES-GUERRERO, also known as "Ingeniero," who will be arrested and first brought to the Central District of California, together with Dicson Penagos-Casanova and others known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 1,329 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, while on board an aircraft registered in the United States and owned by a United States citizen.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

On or about May 14, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," and HUGO ATIENZO, aka "Roberto Cazares," knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 50 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

On or about September 16, 2015, in Los Angeles County, within the Central District of California, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," ALONSO JAIME GASTELUM-SALAZAR, aka "Rito," aka "R25," aka "R28," aka "Rito 114," aka "R14," aka "Rito 12," aka "Karate Kid," and JORGE CARBAJAL knowingly and intentionally distributed at least five kilograms, that is, approximately 29.04 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

On or about September 16, 2015, in Los Angeles County, within the Central District of California, defendant NIKOLA VLAHOVIC knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 29.04 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

## COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about December 8, 2015, in Los Angeles County, within the Central District of California, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," and ERICK DURAN, aka "Mechanico," knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 730 grams, of methamphetamine, a Schedule II controlled substance.

COUNT EIGHT

[21 U.S.C. §§ 959(a), 960(a)(3), (b)(1)(B)]

On or about February 15, 2016, in the country of Mexico, and elsewhere, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," and JESUS HERIBERTO PELAYO AGUILAR, aka "Epa Chepa," aka "Luis XIII," aka "Ramon Ayala," aka "Pancho Barraza," who will be arrested and first brought to the Central District of California, together with others known and unknown to the Grand Jury, knowingly and intentionally distributed at least five kilograms, that is, approximately 17 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, knowing and intending that such substance would be unlawfully imported into the United States.

COUNT NINE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

On or about February 16, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," JESUS HERIBERTO PELAYO AGUILAR, aka "Epa Chepa," aka "Luis XIII," aka "Ramon Ayala," aka "Pancho Barraza," and JUAN ANTONIO BRIZUELA, aka "El Osito," aka "Oso," aka "Ximena," aka "the Main Guy from LA," knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 17 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT TEN

[21 U.S.C. §§ 959(a), 960(a)(3), (b)(1)(B)]

On or about August 4, 2016, in the country of Mexico, and elsewhere, defendants JOSE LUIS OJEDA AGUIRRE, also known as ("aka") "Gerencia Tijuana," aka "Zona Noroeste," and FIRST NAME UNKNOWN, LAST NAME UNKNOWN, aka "Servi," who will be arrested and first brought to the Central District of California, together with others known and unknown to the Grand Jury, knowingly and intentionally distributed at least five kilograms, that is, approximately 14.01 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, knowing, intending, and having reasonable cause to believe that such substance would be unlawfully imported into the United States.

COUNT ELEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

On or about August 5, 2016, in Los Angeles County, within the Central District of California, defendants JOSE LUIS OJEDA AGUIRRE, also known as ("aka") "Gerencia Tijuana," aka "Zona Noroeste," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, aka "Servi," and MARIA CLAUDIA PEREZ DE TAPIA, aka "Maria Claudia Tapia," aka "the Nurse," knowingly and intentionally distributed at least five kilograms, that is, approximately 14.01 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

## COUNT TWELVE

### [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

On or about August 5, 2016, in Los Angeles County, within the Central District of California, defendant ABRAHAM VIVANCO LEON knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 47.81 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT THIRTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about August 5, 2016, in Los Angeles County, within the Central District of California, defendant ABRAHAM VIVANCO LEON knowingly and intentionally possessed with intent to distribute at least fifty grams, that is, approximately 209.8 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOURTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

On or about February 2, 2017, in Los Angeles County, within the Central District of California, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," JESUS HERIBERTO PELAYO AGUILAR, aka "Epa Chepa," aka "Luis XIII," aka "Ramon Ayala," aka "Pancho Barraza," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, aka "El Semental," and JESUS MANUEL VASQUEZ MONRREAL, aka "the Doctor," knowingly and intentionally distributed at least five kilograms, that is, approximately 8.01 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT FIFTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

On or about February 2, 2017, in Los Angeles County, within the Central District of California, defendant RICHARD FITZROY DENNIS, also known as "Rick," knowingly and intentionally possessed with intent to distribute at least five kilograms, that is, approximately 8.01 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT SIXTEEN

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about February 2, 2017, in Los Angeles County, within the Central District of California, defendant RICHARD FITZROY DENNIS, also known as "Rick," knowingly possessed a firearm, namely, a Springfield Armory model 1911A1 Micro Compact .45 ACP caliber pistol, bearing serial number N448061, in furtherance of a drug trafficking crime, namely:

(1)   Conspiracy to Distribute Cocaine, in violation of Title 21, United States Code, Section 846, as charged in Count One of this First Superseding Indictment; and

(2)   Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii), as charged in Count Fifteen of this First Superseding Indictment.

COUNT SEVENTEEN

[21 U.S.C. §§ 848(a), (b)]

Beginning on an unknown date, and continuing to on or about October 25, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea" ("CHAVEZ-GASTELUM"), VICTOR HUGO CUELLAR-SILVA, aka "Spartacus," aka "Junior," aka "Pitbull," aka "Black Sails," aka "A 45 AMG," aka "Wolverine," aka "Sons of Anarchy" ("CUELLAR-SILVA"), DIEGO FERNANDO ANZOLA-GALINDO, aka "Aleman," aka "Aleman New," aka "Pastor Aleman," aka "Lord of War" ("ANZOLA-GALINDO"), ALONSO JAIME GASTELUM-SALAZAR, aka "Rito," aka "R25," aka "R28," aka "Rito 114," aka "R14," aka "Rito 12," aka "Karate Kid" ("GASTELUM-SALAZAR"), and JESUS HERIBERTO PELAYO AGUILAR, aka "Epa Chepa," aka "Luis XIII," aka "Ramon Ayala," aka "Pancho Barraza" ("PELAYO"), engaged in a continuing criminal enterprise in that defendants CHAVEZ-GASTELUM, CUELLAR-SILVA, ANZOLA-GALINDO, GASTELUM-SALAZAR, and PELAYO knowingly and intentionally violated Title 21, United States Code, Sections 841(a)(1), 846, 959, 963, and 960(a)(2), (a)(3), by committing violations, including, but not limited to, the felony violations alleged in Counts One, Two, Four, Five, Seven, Eight, Nine, and Fourteen which Counts are re-alleged and incorporated herein by reference as if fully set forth in this Count, all of which violations were part of a continuing series of felony violations of subchapters I and II of Title 21 of the United States Code, undertaken by defendants CHAVEZ-GASTELUM,

23

CUELLAR-SILVA, ANZOLA-GALINDO, GASTELUM-SALAZAR, and PELAYO in concert with at least five other persons with respect to whom defendants CHAVEZ-GASTELUM, CUELLAR-SILVA, ANZOLA-GALINDO, GASTELUM-SALAZAR, and PELAYO occupied a position of organizer, supervisor, and manager, and from which continuing series of violations defendants CHAVEZ-GASTELUM, CUELLAR-SILVA, ANZOLA-GALINDO, GASTELUM-SALAZAR, and PELAYO obtained substantial income and resources.

Furthermore, defendant CHAVEZ-GASTELUM was a principal administrator, organizer, and leader of the criminal enterprise, which involved the possession with intent to distribute and distribution of at least 150 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

COUNT EIGHTEEN

[46 U.S.C. § 70506(b)]

Beginning on a date unknown, and continuing to on or about January 24, 2017, in the countries of Mexico, Colombia, and elsewhere, defendants VICTOR HUGO CUELLAR-SILVA, also known as ("aka") "Spartacus," aka "Junior," aka "Pitbull," aka "Black Sails," aka "A 45 AMG," aka "Wolverine," aka "Sons of Anarchy," DIEGO FERNANDO ANZOLA-GALINDO, aka "Aleman," aka "Aleman New," aka "Pastor Aleman," aka "Lord of War," JUAN CARLOS PRADO-ROMERO, aka "Don Jose," aka "Mono," CARLOS EDUARDO GONZALEZ-BERRIO, aka "Liche," and FIRST NAME UNKNOWN ("FNU") LAST NAME UNKNOWN ("LNU"), aka "Miguel Lara," each of whom will be arrested and first brought to the Central District of California, and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally possess with intent to distribute at least five kilograms, that is, approximately 833 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1) and Title 21, United States Code, Section 960(b)(1)(B).

COUNT NINETEEN

[21 U.S.C. § 846]

Beginning on a date unknown, and continuing to on or about October 25, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants JESUS HERIBERTO PELAYO AGUILAR, also known as ("aka") "Epa Chepa," aka "Luis XIII," aka "Ramon Ayala," aka "Pancho Barraza," and AMPARO YOKASTA MELO-PEGUERO, aka "La Guera," aka "bani ban," aka "Black04," aka "Trinidad Sanchez," aka "Amparo Cornielle," aka "Amparo Y. Melo," aka "Amparo Y. Melo de Cornielle," aka "la reina de la H," and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute, and to possess with intent to distribute, at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i).

COUNT TWENTY

[18 U.S.C. § 1956(h)]

Beginning on a date unknown, and continuing to at least on or about October 25, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," VICTOR HUGO CUELLAR-SILVA, aka "Spartacus," aka "Junior," aka "Pitbull," aka "Black Sails," aka "A 45 AMG," aka "Wolverine," aka "Sons of Anarchy," and JULIAN ANDRES GONZALEZ-MORENO, aka "Chiqui," aka "Enano," aka "Monstruo," aka "Goliath," aka "Braulio," aka "Gerente," aka "El Cabo," and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally commit the following offenses against the United States:

a.  To knowingly conduct and attempt to conduct financial transactions, affecting interstate and foreign commerce, knowing and believing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

b.  To knowingly and intentionally transport, transmit, and transfer funds to a place in the United States from a place outside of the United States, knowing and believing that the funds involved in the transportation, transmission, and transfer

27

1  represented some form of unlawful activity, and knowing that such

2  transportation, transmission, and transfer was designed in whole and

3  in part to conceal and disguise the nature, location, source,

4  ownership, and control of the proceeds of said specified unlawful

5  activity, in violation of Title 18, United States Code, Section

6  1956(a)(2)(B)(i).

COUNT TWENTY-ONE

[21 U.S.C. § 848(e)(1)(A)]

On or about July 7, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," and ALONSO JAIME GASTELUM-SALAZAR, aka "Rito," aka "R25," aka "R28," aka "Rito 114," aka "R14," aka "Rito 12," aka "Karate Kid," and others known and unknown to the Grand Jury, while engaging in and working in furtherance of a continuing criminal enterprise, as charged in Count Seventeen of this First Superseding Indictment, and while engaged in an offense punishable under Title 21, United States Code, Section 841(b)(1)(A) or 960(b)(1), namely:

(1) Conspiracy to distribute, and to possess with intent to distribute, at least five kilograms of cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A)(ii), as charged in Count One of this First Superseding Indictment; and

(2) Conspiracy to import, and to distribute for the purpose of importation, at least five kilograms of cocaine, in violation of Title 21, United States Code, Sections 963, 952(a), and 960(a)(1), (a)(3), (b)(1)(B)(ii), as charged in Count Two of this First Superseding Indictment;

intentionally killed and counseled, commanded, induced, procured, and caused the intentional killing of another person, namely, Victim A, and such killing did result.

COUNT TWENTY-TWO

[21 U.S.C. § 848(e)(1)(A)]

On or about July 7, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," and ALONSO JAIME GASTELUM-SALAZAR, aka "Rito," aka "R25," aka "R28," aka "Rito 114," aka "R14," aka "Rito 12," aka "Karate Kid," and others known and unknown to the Grand Jury, while engaging in and working in furtherance of a continuing criminal enterprise, as charged in Count Seventeen of this First Superseding Indictment, and while engaged in an offense punishable under Title 21, United States Code, Section 841(b)(1)(A) or 960(b)(1), namely:

(1) Conspiracy to distribute, and to possess with intent to distribute, at least five kilograms of cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A)(ii), as charged in Count One of this First Superseding Indictment; and

(2) Conspiracy to import, and to distribute for the purpose of importation, at least five kilograms of cocaine, in violation of Title 21, United States Code, Sections 963, 952(a), and 960(a)(1), (a)(3), (b)(1)(B)(ii), as charged in Count Two of this First Superseding Indictment;

intentionally killed and counseled, commanded, induced, procured, and caused the intentional killing of another person, namely, Victim B, and such killing did result.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853]

1.    Pursuant to Federal Rule of Criminal Procedure 32.2, notice
is hereby given to defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also
known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka
"Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard
Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier,"
aka "Rosalba," aka "Nestea," VICTOR HUGO CUELLAR-SILVA, aka
"Spartacus," aka "Junior," aka "Pitbull," aka "Black Sails," aka "A
45 AMG," aka "Wolverine," aka "Sons of Anarchy," DIEGO FERNANDO
ANZOLA-GALINDO, aka "Aleman," aka "Aleman New," aka "Pastor Aleman,"
aka "Lord of War," ALONSO JAIME GASTELUM-SALAZAR, aka "Rito," aka
"R25," aka "R28," aka "Rito 114," aka "R14," aka "Rito 12," aka
"Karate Kid," JESUS HERIBERTO PELAYO AGUILAR, aka "Epa Chepa," aka
"Luis XIII," aka "Ramon Ayala," aka "Pancho Barraza," JESUS ALBINO
QUINTERO-MERAZ, aka "Albi," aka "Emperador," aka "Don Beto," aka
"Taewon," JULIAN ANDRES GONZALEZ-MORENO, aka "Chiqui," aka "Enano,"
aka "Monstruo," aka "Goliath," aka "Braulio," aka "Gerente," aka "El
Cabo," TULIO ALFONSO OCAMPO-GARCIA, aka "Tulio Alfonso Ocampo," aka
"El Flako," RICARDO GARCIA URQUIZA, aka "El Doctor," aka "McK," aka
"Javier," aka "Mike," aka "Mak," OMAR RICARDO TINAJERO-CORTES, aka
"Elvis," aka "Joel Tirado," FIRST NAME UNKNOWN ("FNU"), LAST NAME
UNKNOWN ("LNU"), aka "TNT," aka "TTE," aka "Teniente," aka "FX," FNU
LNU, aka "Profeta," aka "Profeta New," aka "Jose," JOSE LUIS OJEDA
AGUIRRE, aka "Gerencia Tijuana," aka "Zona Noroeste," FNU LNU, aka
"Servi," RUPERT BAZIL DE LAS CASAS, aka "Jagger," GERMAN DAVID
HERNANDEZ DE LA TORRE, aka "Camilo Espitia," MARVIN YANNICK
HENDRICKS, aka "Negrito," JORGE BAZUA BELTRAN, aka "Don Taco,"

1   AURELIO VALENZUELA, aka "Duende," aka "Casimiro," aka "Iraki,"
2   OSWALDO CAMACHO RUIZ, aka "Oscar," YAMITH JAIMES-GUERRERO, aka
3   "Ingeniero," JEYSON FERLEY GALVIS-MONROY, aka "Rodri Chaparito,"
4   VERONICA BRAVO-PUERTA, aka "Chikirukis," aka "Chaa," aka "CHPS," aka
5   "La Tortu," aka "Cheetara," aka "La Chapis," YESENIA ISAMAR CHAIDEZ
6   REYES, aka "Bella," aka "Negrita," FNU LNU, aka "Javonaso," aka
7   "Perla," FNU LNU, aka "Tio Fred," AMPARO YOKASTA MELO-PEGUERO, aka
8   "La Guera," aka "bani ban," aka "Black04," aka "Trinidad Sanchez,"
9   aka "Amparo Cornielle," aka "Amparo Y. Melo," aka "Amparo Y. Melo de
10  Cornielle," aka "la reina de la H," HUGO ATIENZO, aka "Roberto
11  Cazares," ERICK DURAN, aka "Mechanico," JUAN ANTONIO BRIZUELA, aka
12  "El Osito," aka "Oso," aka "Ximena," aka "the Main Guy from LA," FNU
13  LNU, aka "El Semental," JUAN CARLOS BRIZUELA, aka "Juan C," JONATHAN
14  ZAMORA, aka "JR," GERARDO MOJARRO, JORGE CARBAJAL, NIKOLA VLAHOVIC,
15  MARIA CLAUDIA PEREZ DE TAPIA, aka "Maria Claudia Tapia," aka "the
16  Nurse," ABRAHAM VIVANCO LEON, JESUS MANUEL VASQUEZ MONRREAL, aka "the
17  Doctor," RICHARD FITZROY DENNIS, aka "Rick," SALVADOR MURILLO
18  MENDOZA, FLOR RAQUEL DIAZ BARRANZA, JOSE PONCE SEGURA, aka "Guicho,"
19  and ALEXANDRO GONZALEZ, aka "Mulo," that the United States will seek
20  forfeiture as part of any sentence in accordance with Title 21,
21  United States Code, Section 853, in the event of any defendant's
22  conviction under any of Counts One through Fifteen, Seventeen,
23  Nineteen, Twenty-One, or Twenty-Two of this First Superseding
24  Indictment.
25      2.   Each defendant so convicted shall forfeit to the United
26  States the following:
27          a.   All right, title, and interest in any and all
28  property, real or personal (i) constituting, or derived from, any

32

proceeds obtained, directly or indirectly, as a result of any such offense; or (ii) used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such offense; and

      b.    To the extent any such property is not available for forfeiture, a sum of money equal to the total value of the property described in paragraph 2.a.

    3.    Pursuant to Title 21, United States Code, Section 853(p), each defendant convicted of any of Counts One through Fifteen, Seventeen, Nineteen, Twenty-One, or Twenty-Two of this First Superseding Indictment shall forfeit substitute property, up to the total value of the property described in paragraph 2 if, as the result of any act or omission of said defendant, the property described in paragraph 2, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)]

1.     Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant RICHARD FITZROY DENNIS, aka "Rick," that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction under Count Sixteen of this First Superseding Indictment.

2.     Upon defendant's conviction under Count Sixteen of this First Superseding Indictment, the defendant shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to:

        a.     a Springfield Armory model 1911A1 Micro Compact .45 caliber pistol, bearing serial number N448061.

FORFEITURE ALLEGATION THREE

[46 U.S.C. § 70507(a)]

1.    Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendants VICTOR HUGO CUELLAR-SILVA, aka "Spartacus," aka "Junior," aka "Pitbull," aka "Black Sails," aka "A 45 AMG," aka "Wolverine," aka "Sons of Anarchy," DIEGO FERNANDO ANZOLA-GALINDO, aka "Aleman," aka "Aleman New," aka "Pastor Aleman," aka "Lord of War," JUAN CARLOS PRADO-ROMERO, aka "Don Jose," aka "Mono," CARLOS EDUARDO GONZALEZ-BERRIO, aka "Liche," and FIRST NAME UNKNOWN ("FNU") LAST NAME UNKNOWN ("LNU"), aka "Miguel Lara," that the United States will seek forfeiture as part of any sentence in accordance with Title 46, United States Code, Section 70507(a), in the event of any defendant's conviction under Count Eighteen of this First Superseding Indictment.

2.    Each defendant so convicted shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense, and any property traceable to such property.

3.    Pursuant to Title 21, United States Code, Section 853(p), each defendant convicted of Count Eighteen of this First Superseding Indictment shall forfeit substitute property, up to the total value of the property described in paragraph 2 if, as the result of any act or omission of said defendant, the property described in paragraph 2, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without

35

difficulty.

FORFEITURE ALLEGATION FOUR

[18 U.S.C. § 982(a)(1)]

1.    Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendants ANGEL HUMBERTO CHAVEZ-GASTELUM, also known as ("aka") "Don Angel," aka "GTS," aka "Borre," aka "Bose," aka "Netflix," aka "Madrid," aka "Rolex," aka "Kuwait," aka "Richard Milleo," aka "Huracan," aka "Bally," aka "Ricky Luis," aka "Perrier," aka "Rosalba," aka "Nestea," VICTOR HUGO CUELLAR-SILVA, aka "Spartacus," aka "Junior," aka "Pitbull," aka "Black Sails," aka "A 45 AMG," aka "Wolverine," aka "Sons of Anarchy," and JULIAN ANDRES GONZALEZ-MORENO, aka "Chiqui," aka "Enano," aka "Monstruo," aka "Goliath," aka "Braulio," aka "Gerente," aka "El Cabo," that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 982, in the event of said defendant's conviction under Count Twenty of this First Superseding Indictment.

2.    Upon such conviction, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property.

3.    Pursuant to Title 21, United States Code, Section 853(p), each defendant convicted of Count Twenty of this First Superseding Indictment shall forfeit substitute property, up to the total value of the property described in paragraph 2 if, as the result of any act or omission of a defendant, the property described in paragraph 2, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has

1  been commingled with other property that cannot be divided without

2  difficulty.

3

4                                          A TRUE BILL

5

6                                          /S/

7                                          _____
                                           Foreperson

8  SANDRA R. BROWN
   Acting United States Attorney

9

10

11 LAWRENCE S. MIDDLETON
   Assistant United States Attorney

12 Chief, Criminal Division

13 KEVIN M. LALLY
   Assistant United States Attorney

14 Chief, Organized Crime Drug
       Enforcement Task Force Section

15

16 CAROL ALEXIS CHEN
   BENJAMIN R. BARRON
   RYAN H. WEINSTEIN

17 ALEXANDER B. SCHWAB
   Assistant United States Attorneys

18 Organized Crime Drug Enforcement
       Task Force Section

19

20

21

22

23

24

25

26

27

28