J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney, INMLR Section
312 N. Spring Street, 14th Floor, Los Angeles, CA 90012
Phone: 213-894-2433/Facsimile: (213) 894-0142
Email: mark.childs@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | No. CR 17-00432-DSF |
| v. | |
| ANGEL HUMBERTO CHAVEZ-GASTELUM, et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Pleading; Pleading; Pleading; Pleading.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 3, 2021                               J. MARK CHILDS
Date                                            Attorney Name
                                                United States of America
                                                Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                **NOTICE OF MANUAL FILING OR LODGING**